[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 115.]

THE STATE EX REL. NAVISTAR INTERNATIONAL TRANSPORTATION CORPORATION, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL.; EVANS, APPELLANT.

[Cite as *State ex rel. Navistar Internatl. Transp. Corp. v. Indus. Comm.*, 1998-Ohio-360.]

*Workers' compensation–Court of appeals' judgment reversed and Industrial Commission's order reinstated.*

(No. 98-792—Submitted October 12, 1998—Decided December 9, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD09-1182.

————————————

*Vorys, Sater, Seymour & Pease, L.L.P., Elizabeth T. Smith* and *Randall W. Mikes*, for appellee.

*Marchese & Monast, Joseph A. Marchese* and *James P. Monast*, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is reversed, and the order of the Industrial Commission is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————